**Opinion issued May 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00263-CV

_____

**FRANK SHAW, AS CREDITOR OF TFRC ENTERPRISES, LLC, Appellant**

**V.**

**FREDERICK P. FORLANO AND THE LAW OFFICES OF FREDERICK P. FORLANO, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-03898**

---

## MEMORANDUM OPINION

The parties filed an Agreed Motion to Dismiss [the Appeal] with Prejudice requesting that this Court "enter an order dismissing this appeal with prejudice." No opinion has issued in this appeal. *See* TEX. R. APP. P. 42.1(a)(2).

We grant the parties' joint motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We deny all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.